No. 93–5467. OLSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–5468. HART *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5469. GARY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5470. FITZHUGH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5472. GRANT *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5473. BRUCE *v.* SUTTON, SUPERINTENDENT, CURRITUCK CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5475. GRAHAM *v.* ROLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 93–5476. JENSEN *v.* RAYL ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5477. O'DELL *v.* MCSPADDEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5478. SHELTON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 93–5479. SHAW *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 93–5480. LEBOUEF *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–5481. MOORE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 93–5482. MOSIER *v.* REYNOLDS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5483. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.